MICHAEL McKNEELY (State Bar No. 214896)
2300 Tulare Street, Suite 115
Fresno, California 93721
Telephone: (559) 443-7442
Facsimile: (559) 860-0150
mike@fresnocriminalattorney.com

Attorney for Defendant
DALLAS FONSECA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:19-CR-00221-NONE-SKO |
| Plaintiff, | **STIPULATION AND ORDER CONTINUING SENTENCING** |
| v. | |
| DALLAS FONSECA, | |
| Defendant. | |

## **STIPULATION**

By previous order this matter is scheduled for sentencing on February 28, 2020. Defense is currently in trial in Merced County, and the trial is expected to last through February 28, 2020.

Because defense is unavailable, the parties, through their respective attorneys, stipulate that the status conference be continued to Friday, March 13, 2020.

///
///
///
///
///
///

| | |
|---|---|
| DATED: February 24, 2020 | McGREGOR W. SCOTT<br>United States Attorney<br><br>s/ Joseph Barton (by authorization)<br>JOSEPH BARTON<br>Assistant United States Attorney |
| DATED: February 24, 2020 | By: s/ Michael McKneely<br>MICHAEL McKNEELY<br>Attorneys for Dallas Fonseca |

### ORDER

Pursuant to the parties' stipulation, the sentencing hearing in this case is continued to Friday, March 13, 2020, at 8:30 a.m. in Courtroom No. 4.

IT IS SO ORDERED.

Dated: **February 24, 2020**

*Dale A. Drozd*
UNITED STATES DISTRICT JUDGE