HEATHER E. WILLIAMS, Bar #122664
Federal Defender
CHRISTINA M. CORCORAN, NY Bar # 5118427
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
DALLAS JOHN FONSECA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DALLAS JOHN FONSECA,<br><br>Defendant. | Case No. 1:19-cr-00221-DAD-SKO<br><br>STIPULATION TO CONTINUE PRELIMINARY HEARING / STATUS CONFERENCE; ORDER THEREON<br><br>Date:  June 21, 2022<br>Time:  2:00 pm |

**IT IS HEREBY STIPULATED**, by and between the parties, through their respective counsel, Assistant United States Attorney Joseph Barton, counsel for plaintiff, and Assistant Federal Defender Christina M. Corcoran, counsel for defendant Dallas John Fonseca, that the Court may continue the preliminary hearing / status conference from June 21, 2022, to June 28, 2022, at 2:00 p.m, to allow the parties time for settlement discussions and review of discovery. Because this case involves a pending supervised release petition, no exclusion of time is necessary.

IT IS SO STIPULATED.

///

///

///

////

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: June 17, 2022  /s/ Christina M. Corcoran
CHRISTINA M. CORCORAN
Assistant Federal Defender
Attorney for Defendant
DALLAS JOHN FONSECA

Date: June 17, 2022  /s/ Joseph Barton
JOSEPH BARTON
Assistant United States Attorney
Attorney for Plaintiff

# O R D E R

Based upon the stipulation and representations of the parties, the Court orders the preliminary hearing / status conference be continued from June 21, 2022 to June 28, 2022, at 2:00 PM before the Duty Magistrate Judge.

IT IS SO ORDERED.

Dated: **June 21, 2022**   /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE

Fonseca Stipulation and Order

2